# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137314 & (32)

JOHN ALFANO, ROBERT ANGST,
RICHARD BEELER, JOHN BENKERT,
STEVE CATHCART, DAVID FITZGERALD,
MARK FRANZ, STEVE GORTE, GLEN KELBEY,
RODNEY KULHANEK, GREG McKENZIE,
JEFFREY POLSINELLI, NORMAN SCHRAMM,
JEFF VRABLE, RONNY WOODCOCK,
MICHAEL ZUBEK and GERALD SCHRANK,
            Plaintiffs,Appellees,

v

SYSCO FOOD SEVICES OF DETROIT,
            Defendant-Appellant.

_____

SC:    137314
CoA:  284281
Genesee CC: 06-83859-NZ

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and it is ordered that the application be DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2009

_____
Clerk